

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 18, 2024

**BY EMAIL**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    **United States v. Roger Alexis Canadell Reyes, et al.,**
           **22 Cr. 258, 22 Mag. 2155, 22 Mag. 2156**

Dear Judge Lehrburger:

    Earlier today, the Court unsealed Indictment 22 Cr. 258, and defendants Roger Alexis Canadell Reyes, Hugo De La Cruz Obregon, and Jaime Hernan Velasquez Hernandez were duly presented and arraigned on the Indictment. The Government respectfully requests that the Court also unseal the underlying complaints against those defendants, which are were filed under seal as 22 Mag. 2155 and 22 Mag. 2156. A proposed Order is enclosed for the Court's consideration.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

By: _____

                        Alexander Li
                        Assistant United States Attorney
                        (212) 637-2265

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

UNITED STATES OF AMERICA : **UNSEALING ORDER**

       - v. - : 22 Cr. 258
: 22 Mag. 2155
ROGER ALEXIS CANADELL REYES, : 22 Mag. 2156
RODRIGO HENAO RAMIREZ, :
     a/k/a "Cristian Rodrigo Henao Ramirez," :
     a/k/a "Cris," :
     a/k/a "Criss," :
HUGO DE LA CRUZ OBREGON, and :
JAIME HERNAN VELASQUEZ HERNANDEZ, :

          Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

Upon the application of the United States, by United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Alexander Li;

It is found that Complaints 22 Mag. 2155 and 22 Mag. 2156 are currently sealed and the United States Attorney's Office has applied to have those Complaints unsealed, it is therefore

ORDERED that Complaints 22 Mag. 2155 and 22 Mag. 2156 be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated:    New York, New York
        July 18, 2024

 

_____
HONORABLE ROBERT W. LEHRBURGER
United States Magistrate Judge
Southern District Of New York